**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


**MARY L. ELLINGTON**                                                                    **PLAINTIFF**

**VS.**                                           **NO. 4:11CV00139 JMM**

**BRIDGEWAY HOSPITAL**                                                            **DEFENDANT**


**ORDER**

Plaintiff has filed a Motion to Dismiss.   The Court finds that Plaintiffs' motion (Docket #

14) should be, and hereby is, GRANTED.   The Court notes that Plaintiff's right to re-file the

case against the Defendant is subject to the provisions of Rule 41(d) of the Federal Rules of Civil

Procedure.  Under Rule 41(d), the Plaintiff may be ordered to pay any costs of this action which

the Court deems appropriate if Plaintiff re-files the action against the Defendant.

The Motion to Dismiss (Docket # 14) is GRANTED.  The Clerk is directed to close the

case.

IT IS SO ORDERED this 19th day of May 2011.


_____
James M. Moody
United States District Judge